219 So.2d 173

### J. N. FLETCHER

v.

### Meline Dubois Moore SMITH.

#### No. 49647.

#### Feb. 24, 1969.

In re: J. N. Fletcher applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Grant. 216 So.2d 663.

Application denied. The result is correct.

SANDERS, J., is of the opinion a writ should be granted.

SUMMERS, J., is of the opinion the writ should be granted.